107 F.3d 866
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Jeffery HANKINS, Plaintiff-Appellant,
v.
John JABE, Chief Warden; Sharon Palmer, Supervisor of Food
Service, Defendants-Appellees.
 No. 96-7551.
 United States Court of Appeals, Fourth Circuit.
 Submitted Feb. 13, 1997.
Decided Feb. 27, 1997.
 
 Jeffery Hankins, Appellant Pro Se.
 William W. Muse, Assistant Attorney General, Richmond, VA, for Appellee.
 Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) action and denying his Fed.R.Civ.P. 59(e) motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hankins v. Jabe, No. CA-96-378-3 (E.D.Va. Sept. 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED